989 F.2d 494
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
James Bruce ROBINSON, Petitioner-Appellant,
v.
Edward W. MURRAY, Director; Mary Sue Terry, Attorney
General of the State of Virginia, Respondents-Appellees.
 No. 92-6828.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: November 20, 1992
Decided: March 19, 1993
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, District Judge. (CA-91-536-R)
 James Bruce Robinson, Appellant Pro Se.
 Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.
 W.D.Va.
 DISSMISSED.
 Before MURNAGHAN and NIEMEYER, Circuit Judges, and SPROUSE, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 James Bruce Robinson seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C.s 2254 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Robinson v. Murray, No. CA-91-536-R (W.D. Va. July 16, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED